TRINA A. HIGGINS, United States Attorney (7349)
VICTORIA K. MCFARLAND, Assistant United States Attorney (11411)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
Attorneys for the United States of America
111 South Main Street, Suite 1800 | Salt Lake City, Utah 84111
(801) 524-5682 | travis.elder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>PAVEL PETROVICH GOLOSHCHAPOV,<br><br>  Defendant. | **FIRST BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**<br><br>Case No. 2:23-cr-00068-HCN<br><br>Judge Howard C. Nielson, Jr. |

The United States of America hereby files the following First Bill of Particulars for Forfeiture of Property.

The United States hereby gives notice that in accordance with its Notice of Intent to Seek Forfeiture in the Indictment, the United States provides the following updated list of assets for which it seeks forfeiture under 18 U.S.C. § 924(d)(1)(C) and 28 U.S.C. § 2461(c) and 26 U.S.C. § 5872(a):

- SMITH & WESSON M&P 30SC SHIELD PISTOL CAL: 30 SN: JPM6218
- SMITH & WESSON FIREARM BOX THAT CONTAINED ITEM #26 (SN: JPM6218). BOX CONTAINS ONE (1) FIREARM MAGAZINE, PAPERWORK, CABLE LOCK, AND PACKAGING MATERIAL
- 350 Rounds ASSORTED Ammunition CAL: 30 SC
- Unknown Unknown Machine Gun Conversion Kit CAL: Unknown SN: None
- Unknown Manufacturer AR15 Auto Sear Machine Gun Conversion Kit CAL: Unknown SN: None
- RUGER All-Weather 77/22 Rifle CAL: 22 SN:701-90342

- 3rd GEN Machine Inc (3rd Gen Tact/3rd Gen Def/3GT) Unknown Machine Gun Conversion Kit CAL: Unknown SN: None
- REMINGTON ARMS COMPANY, INC. 700 Rifle CAL: 300 SN: S6633441
- RUGER 77/357 Rifle CAL: 357 SN: 740-24682
- ARMSCOR OF THE PHILIPPINES (SQUIRES BINGHAM) M1911-A2 FS PISTOL CAL: 9 SN: TCM012874
- CZ (CESKA ZBROJOVKA) CZ452-2E ZKM Rifle CAL: 22 SN: B331117
- SAVAGE ARMS INC. (CD) MARK II Rifle CAL: 22 SN: 1847181
- RUGER Mark III Hunter Pistol CAL: 22 SN: 229-72471 IZHEVSK MECHANICAL PLANT (IZHMEKH) UNKNOWN HANDGUN CAL: UNKNOWN SN: M199900B
- REMINGTON ARMS COMPANY, INC. 700 Rifle CAL: 300 SN: S6595981
- REMINGTON ARMS COMPANY, INC. 700 Rifle CAL: 223 SN: G6295541
- GLOCK GMBH 27 PISTOL CAL:40 SN: NCT927
- L.A.R. MANUFACTURING GRIZZLY 15 Rifle CAL: Unknown SN: LX002302
- KELTEC, CNC INDUSTRIES, INC. P17 PISTOL CAL: 22 SN: GJ666
- DPMS INC. (DEFENSE PROCUREMENT MFG. SERVICES) LR-308 Rifle CAL: 308 SN: 107275
- CZ (CESKA ZBROJOVKA) CZ452-2E ZKM Rifle CAL: 22 SN: B355330
- ARMSCOR OF THE PHILIPPINES (SQUIRES BINGHAM), M1911-A2 FS PISTOL CAL: 9 SN: TCM002802
- SIG SAUER (SIG-ARMS) MPX Pistol CAL: 9 SN: 62B000738
- SIG SAUER (SIG-ARMS) P365 PISTOL CAL: 9 SN: 66B945921
- MOSIN-NAGANT Unknown Rifle CAL: Unknown SN: M95182
- SIG SAUER (SIG-ARMS) MPX PISTOL CAL: 9 SN: 62F010777
- KELTEC, CNC INDUSTRIES, INC. P50 PISTOL CAL: 57 SN: AADT12
- F.N. (FN HERSTAL) FIVE-SEVEN PISTOL CAL: 57 SN: 386405417
- WEATHERBY MARK V Rifle CAL: 416 SN: SB029955
- SIG SAUER (SIG-ARMS) MCX PISTOL CAL: 300 SN: 63C000167
- SAVAGE ARMS INC. (CD) MARK II Rifle CAL: 22 SN: UT2010
- SAKO TRG-42 Rifle CAL: 338 SN: F54352
- SAVAGE 110 RIFLE CAL: 338 SN: J099051
- F.N. (FN HERSTAL) PS90 Rifle CAL: 57 SN: FN087577
- GLOCK GMBH 33 PISTOL CAL: 357 SN: NUC430
- F.N. (FN HERSTAL) Five-Seven Pistol CAL: 57 SN: 386138939
- WWI (WINDHAM WEAPONRY INC.) WW-15 RIFLE CAL: 556 SN: WW090024
- ISRAEL WEAPON IND- IWI (ISRAEL MILITARY IND- IMI) Desert Eagle Pistol CAL: 50 SN: 30200240
- L.A.R. MANUFACTURING Grizzly Mark V Pistol CAL: 50 SN: V001253
- SIG SAUER (SIG-ARMS) SIG M400 RIFLE CAL: 556 SN: 38B012879
- F.N. (FN HERSTAL) Five-Seven Pistol CAL: 57 SN: 386292019

- KELTEC, CNC INDUSTRIES, INC. P17 PISTOL CAL: 22 SN: GKT16
- F.N. (FN HERSTAL) Five-Seven Pistol CAL: 57 SN: 386242178
- DPMS INC. (DEFENSE PROCUREMENT MFG. SERVICES) LR-308 RIFLE CAL: 308 SN: 108584
- L.A.R. MANUFACTURING Grizzly Mark V Pistol CAL: 50 SN: V000234
- MARLIN FIREARMS CO. 55 SHOTGUN CAL: 12 SN: 19757547
- RUGER 10/22 RIFLE CAL: 22 SN: 821-62129
- RUGER Super Redhawk Revolver CAL: 44 SN: 55129063
- ELK RIVER TOOL AND DIE INC. ERTD RIFLE CAL: 762 SN: CC2682
- GLOCK GMBH 29 Pistol CAL: 10 SN: SNK258
- ARMORY USA - (ARSENAL USA) AUSA RIFLE CAL: 762 SN: A3053
- RUGER M77/44 RIFLE CAL: 44 SN: 740-29689
- SPRINGFIELD ARMORY, GENESEO, IL Trophy Match Pistol CAL: 45 SN: NM204760
- GLOCK GMBH 22 Pistol CAL: 40 SN: HZV991
- RUGER M77 MARK II RIFLE CAL: 300 SN: 785-05084
- GLOCK GMBH 23 Pistol CAL: 40 SN: MVH176
- L.A.R. MANUFACTURING UNKNOWN RIFLE CAL: UNKNOWN SN: AA007107
- SAVAGE 12 K601068 CAL: 22-250 SN: K601068
- HUGLU COOPERATIVE CZ 712 M SHOTGUN CAL: 12 SN: 05A0110
- RUGER 10/22 RIFLE CAL: 22 SN: 823-37831
- ELK RIVER TOOL AND DIE INC. UNKNOWN RECEIVER/FRAME CAL: UNKNOWN SN: CC4194
- F.N. (FN HERSTAL) UNKNOWN RIFLE CAL: UNKNOWN SN: FNH35912
- RUGER PRECISION RIFLE RIFLE CAL: 65 SN: 1801-14521
- L.A.R. MANUFACTURING GRIZZLY BIG BOA RIFLE CAL: 50 BMG SN: X003066
- WEATHERBY MARK V RIFLE CAL: 300 SN: BW004892
- POF USA (PATRIOT ORDNANCE FACTORY) UNKNOWN RIFLE CAL: UNKNOWN SN: 07-02695
- RUGER MARK III PISTOL CAL: 22 SN: 273-19720
- FIREARM BOX CONTAINING ITEM #38 AND ONE (1) MAGAZINE UNKNOWN FIREARM PARTS A CAL: UNKNOWN SN: NONE
- 20 Rounds FEDERAL Ammunition CAL: 223
- 20 Rounds FEDERAL Ammunition CAL: 223
- 2 Rounds ASSORTED Ammunition CAL: UNKNOWN
- GRIZZLY MARK V SLIDE AND TWO BARRELS (.50 CALIBER) UNKNOWN FIREARM PARTS A CAL: UNKNOWN SN: NONE
- 7.62X39MM CALIBER UPPER RECEIVER UNKNOWN FIREARM PARTS A CAL: UNKNOWN SN: NONE
- 96 Rounds FN (FNH) Ammunition CAL: 57

- 10 Rounds FN (FNH) Ammunition CAL: 57
- FIREARM BOX THAT CONTAINED ITEM #58. CONTAINS 1 MAGAZINE UNKNOWN FIREARM PARTS A CAL: UNKNOWN SN: NONE
- ONE (1) FN MAGAZINE FOR 5.7X28MM CALIBER AMMUNITION UNKNOWN FIREARM PARTS A CAL: UNKNOWN SN: NONE
- 26 Rounds FN (FNH) Ammunition CAL: 57
- FIREARM BOX WHICH CONTAINED ITEM #66. BOX CONTAINS TWO FIREARM MAGAZINES, FIREARM PAPERWORK, CABLE LOCK, AND TEST FIRE CARTRIDGE
- FIREARM BOX WHICH CONTAINED ITEM #68. BOX CONTAINS TWO FIREARM MAGAZINES, FIREARM PAPERWORK, CABLE LOCK, AND TEST FIRE CARTRIDGE
- FIREARM BOX WHICH CONTAINED ITEM #70. BOX CONTAINS ONE FIREARM MAGAZINE, BARREL, MISC FIREARM PARTS, AND RAG
- FIREARM BOX WHICH CONTAINED ITEM #73. BOX CONTAINS ONE FIREARM MAGAZINE, ACCESSORIES, AND PAPERWORK
- 10 Rounds PMC Ammunition CAL: 10
- FIREARM BOX WHICH CONTAINED ITEM #76. BOX CONTAINS ONE FIREARM MAGAZINE, ACCESSORIES, AND PAPERWORK
- 7 Rounds ASSORTED Ammunition CAL: 45
- FIREARM BOX WHICH CONTAINED ITEM #79. BOX CONTAINS FOUR FIREARM MAGAZINES, ACCESSORIES, AND PAPERWORK
- FIREARM BOX WHICH CONTAINED ITEM #81. BOX CONTAINS ONE FIREARM MAGAZINE, CABLE LOCK, ACCESSORIES, RECEIPT, AND PAPERWORK CAL: UNKNOWN SN: NONE
- 13 Rounds ASSORTED Ammunition CAL: 40
- FIREARM BOX WHICH CONTAINED ITEM #84. ACCESSORIES, ONE 9MM BARREL, AND PAPERWORK
- 18 Rounds ASSORTED Ammunition CAL: 22TCM
- FIREARM BOX WHICH CONTAINED ITEM #87. BOX CONTAINS ADDITIONAL ACCESSORIES
- 5 Rounds FEDERAL Ammunition CAL: 22
- FIREARM BOX WHICH CONTAINED ITEM #90. BOX CONTAINS ONE FIREARM MAGAZINE, ACCESSORIES, RECEIPT, CABLE LOCK, AND PAPERWORK
- UNKNOWN CALIBER AR STYLE UPPER RECEIVER WITH BOLT CARRRIER GROUP AND AFFIXED BARREL
- UNKNOWN CALIBER AR STYLE UPPER RECEIVER WITH BOLT CARRRIER GROUP AND AFFIXED BARREL
- STRIPPED AR STYLE UPPER RECEIVER
- CARDBOARD BOX CONTAINING M16 LOWER PARTS KIT
- Firearm box w/ magazine, accessories, receipt, & paperwork

- Firearm box w/ accessories, barrel, receipt, & paperwork
- 31 ROUND MAGAZINE 40 CALIBER
- Firearm box w/ accessories & paperwork
- 9 Rounds Fiocchi Ammunition CAL: 357
- 26 Rounds ASSORTED Ammunition CAL: 40
- Stainless Steel Firearm Barrel CAL: Unknown SN: 357-32
- 5435 Rounds Assorted Ammunition CAL: Unknown
- 300 BLACKOUT CALIBER COMPLETE AR STYLE UPPER RECEIVER WITH BOLT CARRRIER GROUP AND AFFIXED BARREL. CONTAINED WITHIN CARDBOARD BOX, WITH RECEIPT
- 6517 Rounds ASSORTED Ammunition CAL: MULTI
- 660 Rounds Assorted Ammunition CAL: Unknown
- 100 Component Unknown Ammunition CAL: 762
- 7.62X39 CALIBER DRUM MAGAZINE FOR AK47 STYLE RIFLE. CONTAINED IN ITEM #99
- 1 Rounds Winchester-Western Ammunition CAL: 220
- Firearm Box w/ accessories & paperwork
- Firearm box w/ magazine, lock, & paperwork
- 32696 Component ASSORTED Ammunition CAL: MULTI
- Firearm box w/ 2 magazines, misc parts, & paperwork
- Firearm Box w/ magazine, misc parts, & paperwork
- FIREARM BOX WHICH CONTAINED ITEM #101
- (2) Shotgun Chokes
- Grizzly Mark V Slide w/ 2 Barrels
- 30 Component ASSORTED Ammunition CAL: UNKNOWN
- 21 Component Assorted Ammunition CAL: Unknown
- 100 Rounds ASSORTED Ammunition CAL: 30
- 34,017 Rounds Assorted Ammunition CAL: Unknown
- 29,476 Component Assorted Ammunition CAL: Unknown
- GLOCK-STYLE SLIDE WITH MOS COMPATIBILITY
- Blk Ruger Brand Soft Cover Firearm Case w/ magazine, paperwork, and parts/accessories
- 542 Rounds Assorted Ammunition CAL: 12
- FIREARM BOX WHICH BELONGS TO ITEM #105. WITH TWO MAGAZINES, ACCESSORIES, AND MISC PAPERWORK
- (2) Ammo Cans Unknown Other CAL: Unknown SN: Null
- 375 Rounds ASSORTED Ammunition CAL: 22
- 103678 Component Assorted Ammunition CAL: Multi
- 154 Rounds ASSORTED Ammunition CAL: MULTI
- 7037 Rounds Assorted Ammunition CAL: Multi

- TWO 31 ROUND MAGAZINES 9MM CALIBER (ONE GLOCK BRAND)
- 27 Rounds Assorted Ammunition CAL: 50
- 6007 Component ASSORTED Ammunition CAL: MULTI
- 2344 Component Assorted Ammunition CAL: Unknown
- 200 Rounds ASSORTED Ammunition CAL: UNKNOWN
- 18 Rounds UNKNOWN Ammunition CAL: UNKNOWN
- FIREARM BOX WHICH CONTAINED ITEM #138. ACCESSORIES, ONE 9MM BARREL, AND PAPERWORK
- 184 Component ASSORTED Ammunition CAL: UNKNOWN
- 4096 Rounds Winchester-Western Ammunition CAL: 22
- 50 Rounds ASSORTED Ammunition CAL: UNKNOWN
- 37 Component Assorted Ammunition CAL: Unknown
- 13738 Component Assorted Ammunition CAL: Unknown
- 10 Rounds REMINGTON Ammunition CAL: 9
- Plastic Gun Box w/ magazine, paperwork, & accessories
- 5 Rounds ASSORTED Ammunition CAL: UNKNOWN
- STRIPPED UPPER RECEIVER FOR AR STYLE RIFLE
- 1216 Rounds Assorted Ammunition CAL: Multi
- STRIPPED AR STYLE UPPER RECEIVER WITH VORTEX SPARC AR 1:7 WITH .223 WYLDE CALIBER BARREL
- 7791 Component Assorted Ammunition CAL: Multi
- STRIPPED AR STYLE UPPER RECEIVER WITH 1:7 BARREL WITH 5.56 CALIBER BARREL
- AR STYLE RIFLE BARREL, .223 WYLDE CALIBER, 1:8 TWIST, STAINLESS
- AR STYLE RIFLE FLUTED BARREL, .223 WYLDE CALIBER, 1:8 TWIST, STAINLESS
- FIREARM BOX WHICH CONTAINED ITEM #158. ACCESSORIES, ONE, MAGAZINE, PURCHASE RECEIPT, AND PAPERWORK
- AR STYLE RIFLE UPPER RECEIVER WITH 5.56 CALIBER BARREL. IN CARDBOARD BOX WITH TRIGGER, ONE MAGAZINE, PISTOL GRIP, BUTTSTOCK, AND PAPERWORK
- ADAMS AR STYLE RIFLE UPPER RECEIVER WITH 5.56 CALIBER BARREL. IN CARDBOARD BOX WITH PAPERWORK
- 200 Rounds BARNES BULLETS Ammunition CAL: 338
- 130 Rounds ASSORTED Ammunition CAL: 32
- Black Kingroon 3D Printer
- Tower Computer, Black Cooler Master Tower
- 3D Printed Glock Conversion Device Components Machine Gun
- 3D Printed Glock Conversion Device Component Unknown Machine Gun CAL: Unknown SN: None

Respectfully submitted this 28th day of March, 2023.

                                                TRINA A. HIGGINS  
                                               United States Attorney

                                             /s/ *Travis K. Elder*  
                                             TRAVIS K. ELDER  
                                             Assistant U.S. Attorney